# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

MICHAEL SAMUEL, ESQ.  February 6, 2020  ADMITTED IN
michael@samuelandstein.com   NY

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: <u>Belliard v. Eagle Team NYC et al</u>
<u>Index No.: 19-cv-08198-PAE-DCF</u>

Dear Judge Engelmayer,

Please be advised that we represent plaintiff, Ramon A. Belliard in the above entitled matter. Please be advised that we have served Eagle Team NYC d/b/a Eagle Team NYC CR LLC, the corporate defendants and they are currently in default. We have been unable to serve the individual defendant, Vadim Tarnovsky, yet and request a 45-day extension of time to effectuate service on him.

We thank the Court for its attention to this matter and are available at the Court's convenience to answer any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

SAMUEL & STEIN
*Attorneys for Plaintiff*

Denied. Plaintiff's request comes 66 days after the 90-day deadline to effect service of process under Fed. R. Civ. P. 4(m) and with no explanation for his failure to effect service or timely seek an extension to do so. Vadim Tarnovsky is hereby dismissed without prejudice as a defendant in this matter.
SO ORDERED.

_____  2/6/2020
PAUL A. ENGELMAYER
United States District Judge